**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**

**SENTENCING HEARING MINUTES**

Date: 8/12/2025    Case #: 3:25-cr-00060-VDO-1    Dft #: ___

Honorable Judge: Vernon D. Oliver

**UNITED STATES OF AMERICA**

v.

Kristen Carotenuto

Deputy Clerk: Jessalyn Samson

AUSA: Raymond F. Miller

Counsel for Defendant: Audrey A. Felsen

■ Retained   ☐ CJA   ☐ FPD

Start Time: 10:09    End Time: 12:03

USPO: Robert Jeffers

Recess (if more than ½ hr): ___ to ___

Reporter/ECRO/FTR: Corinne Thomas

Total Time: 1 hour(s) 54 minute(s)

Interpreter: ___    Language: ___

---

■ Sentencing ■ held ___ (time) ☐ held in abeyance ☐ continued until ___ at ___
☐ Motion Hearing held ___ (time) ☐ defendant failed to appear ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

■ Court departs ☐ upward from guidelines ■ downward from guidelines
■ To 5 month(s) ___ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1 of the
  ☐ Superseding ☐ Indictment ■ Information
☐ To ___ month(s) ___ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) ___ of the
  ☐ Superseding ☐ Indictment ☐ Information
☐ Sentence on Count(s) ___ shall run ☐ concurrently ☐ consecutively to:
       ☐ sentence imposed on Count(s) ___   ☐ state sentence
☐ Defendant shall get credit for time served
■ Court recommends incarceration at Facility closest to NY
■ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
■ Defendant ordered to self-surrender on 10/1/2025 by 10:00 AM to the designated facility or USMS office.
☐ Bond ☐ continued ☐ set at $___
☐ Defendant remanded to the custody of the US Marshal
■ Upon release the dft shall be placed on supervised release for ___ month(s) 3 years(s) on Count(s) 1
☐ Upon release the dft shall be placed on supervised release for ___ month(s) ___ years(s) on Count(s) ___
☐ Defendant sentenced to probation for a term of ___ month(s) ___ years(s)
■ Defendant shall pay a fine of $ 5000 on Count(s) 1 to be paid by ___ in installments of
   ___ per ___ for a total of $___
■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ■ each of Count(s) 1 for a total of
   $ 100 to be paid immediately
☐ Defendant shall pay restitution in the amount of ___ ☐ payable at the rate of $___ per month
       ☐ payable to ___
☐ Proposed restitution order to be filed 90 days from today
☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed
☐ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ☐ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion for acceptance of responsibility ■ filed ■ granted ☐ denied

☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF** ■ **SUPERVISED RELEASE** ☐ **PROBATION**

■ Mandatory conditions number(s): _____
■ Standard Conditions
■ Special conditions are imposed as stated on the record and in the judgment
☐ Other:

Appeal Rights given
Court recommends RDAP and Parenting programs
Supervision to be transferred to the Southern District of NY